Jonathan Ricasa (SBN 223550)
jricasa@ricasalaw.com
LAW OFFICE OF JONATHAN RICASA
2341 Westwood Boulevard, Suite 7
Los Angeles, California 90064
Telephone:  424.248.0510
Facsimile:  424.204.0652

Briana M. Kim (SBN 255966)
briana@brianakim.com
LAW OFFICE OF BRIANA KIM
249 East Ocean Boulevard, Suite 814
Long Beach, California 90802
Telephone:  714.482.6301
Facsimile:  714.482.6302

Attorneys for Plaintiffs
Joe Battle, et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| JOE BATTLE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF LONG BEACH,<br><br>    Defendant.<br><br>AND ALL CONSOLIDATED ACTIONS | Case No.:  CV 12-5055-GW(PLAx)<br><br>**ORDER OF DISMISSAL OF PLAINTIFF JASON KENNEDY**<br><br>Complaint Filed: June 11, 2012 |

Having reviewed the Stipulation to Dismiss Plaintiff Jason Kennedy:

**IT IS SO ORDERED** that Plaintiff Jason Kennedy is hereby dismissed from the above-captioned matter without prejudice.

DATED: December 10, 2013

_____
Honorable George H. Wu
United States District Judge

762782.1  LO100-024

[PROPOSED] ORDER OF DISMISSAL FOR BRIAN DAPELLO