JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| JOE BATTLE,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF LONG BEACH,<br><br>               Defendant.<br><br>AND ALL CONSOLIDATED ACTIONS | Case No.: CV 12-05055-GW(PLAx)<br><br>**JUDGMENT RE: APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Court has carefully reviewed the parties' concurrently-filed Stipulation Re Approval of Settlement Agreement and Dismissal with Prejudice ("Stipulation") and the settlement agreement ("Settlement Agreement") attached as Exhibit "A" to the Stipulation;

2. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all aspects to Plaintiffs Joe Battle, Anthony Lembi, Steve Lowe, Richard Birdsall, Alberto Vargas, John Lembi,

1 | Robert Schroeder, Ross Smillie and Michael Dapello (collectively, "Plaintiffs")
2 | and the parties shall perform the Settlement Agreement in accordance with its
3 | terms;
4 |       3.    The Court reserves jurisdiction with respect to this consolidated action
5 | for the purposes of enforcing the Settlement Agreement; and
6 |       4.    This consolidated action is hereby dismissed in its entirety with
7 | prejudice.

DATED: June 5, 2014            _____
                                HON. GEORGE H. WU, U.S. District Judge